| 1. Person Reporting (last name, first, middle initial) Walker, Mark E. | 2. Court or Organization Northern District of Florida | 3. Date of Report 02/16/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) [✓] Nomination, Date 02 16/2012 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2011 to 01/31/2012 |
| 7. Chambers or Office Address Leon County Courthouse 301 South Monroe Street, Romm 365_A Tallahassee, Florida 32301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 02/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 (YTD) | State of Florida | $11,848.16 |
| 2. 2011 | State of Florida | $142,177.92 |
| 3. 2010 | Florida | $142,435.76 |
| 4 | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Holland & Knight LLP |
| 2. 2012 | Holland & Knight LLP |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 8

Name of Person Reporting

Walker, Mark E.

Date of Report

02/16/2012

# VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Account #1 | | | | | Exempt | | | | |
| 2. -Allianz NFJ Small Cap Value Fund | C | Dividend | L | T | | | | | |
| 3. -Dodge & Cox International Stock Fund | B | Dividend | L | T | | | | | |
| 4. -Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 5. -Goldman Sachs Mid Cap Value Fund | B | Dividend | M | T | | | | | |
| 6. Brokerage #2 | | | | | | | | | |
| 7. -T. Rowe Price Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 8. -T. Rowe Price International Growth & Income Fund | A | Dividend | K | T | | | | | |
| 9. -T. Rowe Price Mid-Cap Growth & Income Fund | B | Dividend | K | T | | | | | |
| 10. Brokerage Account #3 | | | | | | | | | |
| 11. -3M Co. stock | A | Dividend | J | T | | | | | |
| 12. -Berkshire Hathaway Inc. Class B Stock | A | Dividend | J | T | | | | | |
| 13. -General Electric Co. stock | A | Dividend | J | T | | | | | |
| 14. -Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 15. -Oracle Corp. stock | A | Dividend | J | T | | | | | |
| 16. -American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 17. -Blackrock Equity Dividend Fund | A | Dividend | J | T | | | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
  (See Column C2)            U =Book Value              V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Blackrock Global Allocation Fund | A | Dividend | K | T | | | | | |
| 19. -Blackrock High Yield Bond Portfolio | A | Dividend | J | T | | | | | |
| 20. -Blackrock US Opportunties Svc Fund | A | Dividend | J | T | | | | | |
| 21. -Calamos Market Neutral Income Fund | A | Dividend | J | T | | | | | |
| 22. -Cohen & Steers International Realty Fund | A | Dividend | J | T | | | | | |
| 23. -College Save Aggressive Growth Portfolio | | None | K | T | | | | | |
| 24. -College Save Moderate Growth Portfolio | | None | K | T | | | | | |
| 25. -College Save Growth Portfolio | | None | M | T | | | | | |
| 26. -Davis New York Venture Fund | A | Dividend | J | T | | | | | |
| 27. -Goldman Sachs Absolute Return Tracker | A | Dividend | J | T | | | | | |
| 28. -Henderson International Opportunities Fund | A | Dividend | K | T | | | | | |
| 29. -ING Global Real Estate Fund | A | Dividend | J | T | | | | | |
| 30. -Invesco Developing Markets Fund | A | Dividend | J | T | | | | | |
| 31. -IVY Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 32. -JP Morgan Highbridge Dynamic Commodity Strategy | A | Dividend | J | T | | | | | |
| 33. -Lazard Emerging Markets Open | A | Dividend | J | T | | | | | |
| 34. -Metropolitan West Low Duration Bond Fund | A | Dividend | J | T | | | | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 = More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 = More than $50,000,000
3 Value Method Codes: Q - Appraisal; R - Cost (Real Estate Only); S - Assessment; T - Cash Market
(See Column C2): U - Book Value; V - Other; W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 02/16/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -Metropolitan West Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 36. | -Nuveen Tradewinds International Value Fund | A | Dividend | K | T | | | | | |
| 37. | -PIMCO High Yield Fund | A | Dividend | J | T | | | | | |
| 38. | -PIMCO Low Duration Fund | A | Dividend | J | T | | | | | |
| 39. | -PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 40. | -Royce Total Return Fund | A | Dividend | J | T | | | | | |
| 41. | -RS Global Natural Resource Fund | A | Dividend | J | T | | | | | |
| 42. | -RS Partners Fund | A | Dividend | J | T | | | | | |
| 43. | -Rydex/SGI Managed Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 44. | -Williams Blair International Growth | A | Dividend | J | T | | | | | |
| 45. | Other Investments | | | | | | | | | |
| 46. | -ProBank Money Market & Checking Acounts | A | Interest | K | T | | | | | |
| 47. | -Bank of America Money Market & Checking Accounts | B | Interest | M | T | | | | | |
| 48. | -Morgan Stanley Money Market Account | A | Interest | K | T | | | | | |
| 49. | -Holland & Knight Capital Account | | None | M | T | | | | | |
| 50. | -Leatherneck LLC | | None | J | W | | | | | |
| 51. | -Florida Prepaid College Plans | | None | K | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ Mark E. Walker

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 298 | 321 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 1 | 130 | 805 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned -- see schedule | | 669 | 900 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 130 | 425 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Holland & Knight Capital Account | | 140 | 175 | | | | |
| Leatherneck LLC | | 10 | 000 | | | | |
| Florida Prepaid College Plans | | 28 | 927 | Total liabilities | | | 0 |
| | | | | Net Worth | 2 | 408 | 553 |
| Total Assets | 2 | 408 | 553 | Total liabilities and net worth | 2 | 408 | 553 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

<u>Real Estate Owned</u>
Personal residence                                      $ 500.000
Condominium                                                169,900
                 Total Real Estate Owned        $ 669.900

<u>AFFIDAVIT</u>

I, Mark E. Walker, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

2/17/2012
(DATE)

Mark E. Walker
(NAME)

Lilly M. Crockett
(NOTARY)

LILLY M. CROCKETT
Commission # EE 110988
Expires August 20, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

3